# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JOHNNY RAY GAFFNEY,**

    *Plaintiff*,

v.                          Case No.: 4:21cv471-MW/MAF

**RON DESANTIS, Governor of**
**the State of Florida, et al.,**

    *Defendants.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 11, and has also reviewed *de novo* Plaintiff's objections, ECF Nos. 17 & 18. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 11, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's petition for declaratory judgment, ECF No. 1, is **DENIED** for lack of subject matter jurisdiction." The Clerk shall close the file.

**SO ORDERED** on April 15, 2022.

                                             s/Mark E. Walker
                                             **Chief United States District Judge**